# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS A. CRUZ, JR, | ) **Case No.: 1:10-CV-10557-GAO** |
| Plaintiff, | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| FINANCIAL RECOVERY SERVICES, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

   NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.


  /s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 22nd day of March 2010, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed and sent by regular mail to:

Brian C. Bowers, Esq.
Financial Recovery Service of Minnesota
4900 Viking Dr.
Minneapolis, MN 55435-5302

      /s/ Craig Thor Kimmel
Attorney for Plaintiff
Craig Thor Kimmel, Esquire
Kimmel & Silverman, PC
30 East Butler Pike
Ambler, PA 19002